In the Matter of the Estate of Stanley W. Migala, Deceased.
John T. Hohberger, Individually and Doing Business as Hohberger Manufacturing Company, Petitioner Below, Appellee, v. Stella Migala, Individually and as Administratrix of Estate of Stanley W. Migala, Deceased, Respondent Below, Appellant.

Gen. No. 45,770. ▮▮▮▮▮

▮▮▮▮ Arthur H. Schwab, for appellants; Benjamin A. Rasky, for appellees. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed November 25, 1952; rehearing denied December 16, 1952; released for publication December 16, 1952.